**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**THOMAS FORD (#2021010143)**  **CIVIL ACTION**

**VERSUS**  **NO. 21-395-JWD-EWD**

**CHARLES RUBLE, ET AL.**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 22, 2023 (Doc. 6), to no objection was filed;

**IT IS ORDERED** that Ford's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.[32]

**IT IS FURTHER ORDERED that** that this Court declines to exercise supplemental jurisdiction over Plaintiff Thomas Ford's potential state law claims.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on April 28, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[32] Ford is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings *in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

1